UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
                                    )
OCEAN SEMICONDUCTOR LLC,            )
                                    )
                       Plaintiff,   )
                                    )
v.                                  )   Civil Action
                                    )   No. 20-12311-PBS
INFINEON TECHNOLOGIES AG and        )
INFINEON TECHNOLOGIES AMERICAS CORP.,)
                                    )
                       Defendants.  )
_____)

**ORDER**

September 20, 2021

Saris, D.J.

The Court **ALLOWS** the motion to stay this case pending a decision on the institution of IPR proceedings on the seven patents in suit. If the proceedings are instituted, the decisions of the PTAB will be helpful and will simplify the issues. Plaintiff has identified no prejudice from a stay because the case in in its infancy. After the institution decisions are made with respect to all patents, the parties shall file a status report addressing (a) the claims PTAB will be addressing, (b) any patents which will not be the subject of the IPR proceedings, and (c) parties' position on estoppel.

SO ORDERED.

/s/ PATTI B. SARIS

                                        Patti B. Saris
                                        United States District Judge